IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FARM CREDIT SERVICES OF AMERICA, FLCA,

Plaintiff,

vs.

CHAD LOECKE,

Defendant.

**8:26CV64**

**ORDER**

This matter comes before the Court on Plaintiff's Motion to Redact, Filing No. 39. Plaintiff seeks to redact two non-party names on Page 17, lines 12 through 13 of the transcript of the preliminary injunction hearing held February 23, 2026. Having received no opposition and having reviewed the motion, the Court finds redacting the names balances the non-parties' privacy interest with the public's right of access to the courts. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion to Redact, Filing No. 39, is granted.
2. The Court Reporter shall redact the names on Page 17, lines 12 through 13, and file the redacted transcript in accordance with the Court's Transcript Redaction Procedure.

Dated this 14th day of September, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge